DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7369
    FAX: (415) 436-7234
    Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-00313-WHA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DETENTION |
| JAMARE COATS, | |
| Defendant. | |

The parties appeared before the Court on August 5, 2019, for a detention hearing. At the hearing, defendant was present and represented by Attorney Gail Shifman. The government was represented by Assistant United States Attorney Ravi T. Narayan. The government moved for detention, arguing that no condition or combination of conditions of release would reasonably assure the safety of the community. After argument, the Court ordered the defendant detained.

In support of its motion for detention, the government proffered information about the nature and circumstances of the offense, including: that defendant fired a weapon in front of the Fillmore Heritage Center on March 23, 2019; that surveillance video depicts defendant and another man shooting at the victim; that the victim died from his wounds and multiple bystanders were struck by gunfire; that law

enforcement recovered a firearm from a vehicle defendant was driving on the night of the shooting; that ballistics matched the recovered firearm to six shell casings at the scene of the shooting; and that defendant has at least five prior felony convictions.

Regarding the history and characteristics of the defendant, the government proffered that despite being only 26 years old, defendant had at least five prior felony convictions, including three prior state convictions for being a felon in possession of a firearm. The government argued that that defendant's prior weapons convictions demonstrated his recidivism.

Based on the proffered information, the Court found that defendant would pose a danger to the community if released.

Pursuant to its findings on the record at the hearing, and as summarized in this Order, the Court orders the defendant detained pending further proceedings in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 3, 2019

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge