```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LINA PENG (NYBN 5150032)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    FAX: (415) 436-7027
    Lina.Peng@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 19 CR 313 WHA** |
|---|---|---|
| Plaintiff, | ) | Declaration of Lina Peng in Support of United States' Opposition |
| v. | ) | |
| JAMARE COATS, | ) | |
| Defendant. | ) | |

Lina Peng, states, as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office in the Northern District of California, and am counsel for the United States in this case.

2. Attached as Exhibit A is a true and correct copy of email correspondence exchanged between counsel for Coats and the government on July 22, 2021.

3. Attached as Exhibit B is a true and correct copy of email correspondence exchanged between counsel for Coats and the government on September 23, 2021.

4. Attached as Exhibit C is a true and correct copy of a discovery letter sent to the defense on August 13, 2021, accompanying a production.

5. Attached as Exhibit D is a true and correct copy of a discovery letter sent to the defense on

1  January 29, 2020, accompanying a production.

2  6. Attached as Exhibit E is a true and correct copy of a discovery letter sent to the defense on November 20, 2020, accompanying a production. As set forth in the letter, some of the materials in that production were protected. However, based on the government's records, as documented by its production database, US-8891 was not produced subject to protective order.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed and dated on October 6, 2021, in San Francisco California.

STEPHANIE M. HINDS
Acting United States Attorney

By: _____/s/_____
LINA PENG
Assistant United States Attorney